**Order entered February 15, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00875-CV

## ELEVACITY, LLC, AND ROBERT OBLON, Appellants

## V.

## PRUVIT VENTURES, INC., Appellee

**On Appeal from the 296th Judicial District Court
Collin County, Texas
Trial Court Cause No. 296-00472-2018**

## ORDER

Before the Court is appellants' February 14, 2019 unopposed motion to extend deadline for reply brief. Appellants explain they have settled the suit "in principle" and need time to formalize and finalize the agreement. They ask we abate all future deadlines until March 22, 2019. We **GRANT** the motion to the extent we **ORDER** either the brief or a motion to dismiss be filed no later than March 22, 2019.

/s/     KEN MOLBERG
        JUSTICE